IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ROY MUDRICK and CAROL MUDRICK, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. G-04-593 |
| CROSS SERVICES, INC., et al., | § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the resolution of this matter by and through the Stipulation of Dismissal of Certain Parties, any and all claims herein asserted are hereby **DISMISSED WITHOUT PREJUDICE**. All Parties are to bear their own costs, attorneys' fees, and expenses incurred herein to date. **THIS IS A FINAL JUDGMENT**.

**IT IS SO ORDERED**.

**DONE** this 30th day of January, 2006, at Galveston, Texas.

_____
Samuel B. Kent
United States District Judge